SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
*cdacre@seyfarth.com*
Eden Anderson (SBN 233464)
*eanderson@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
SUPERCUTS CORPORATE SHOPS, INC. dba
SUPERCUTS #9759

MISSION LAW FIRM, A.P.C.
Zachary M. Best (SBN 166035)
*service@mission.legal*
332 North Second Street
San Jose, California 95112
Telephone:    (408) 298-2000
Facsimile:    (408) 298-6046

Attorneys for Plaintiff
RACHEL BRYANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>                    Plaintiff,<br><br>          v.<br><br>SUPERCUTS CORPORATE SHOPS, INC. dba SUPERCUTS #9759; TUNG THANH NGUYEN, Trustee of THE TUNG THANH NGUYEN AND LIEN THI DUONG 2006 TRUST; LIEN THI DUONG, Trustee of THE TUNG THANH NGUYEN AND LIEN THI DUONG 2006 TRUST;<br><br>                    Defendants. | Case No. 1:17-cv-00458 LJO-EPG<br><br>**JOINT APPLICATION FOR EXTENSION OF TIME FOR DEFENDANT SUPERCUTS CORPORATE SHOPS, INC. DBA SUPERCUTS #9759 TO RESPOND TO PLAINTIFF'S COMPLAINT ASSERTING DENIAL OF RIGHT OF ACCESS UNDER THE AMERICANS WITH DISABILITIES ACT FOR INJUNCTIVE RELIEF, DAMAGES, ATTORNEYS' FEES AND COSTS (ADA); ORDER THEREON**<br><br>Complaint Served:          4/5/17<br>Current Response Date:     5/24/17<br>New Response Date:         6/7/17<br>Trial Date:                None Set<br>District Judge: Hon. Lawrence J. O'Neill |

Defendant SUPERCUTS CORPORATE SHOPS, INC. dba SUPERCUTS #9759 ("Supercuts") and Plaintiff Rachel Bryant ("Plaintiff") hereby joint apply for an extension of Supercuts' responsive pleading deadline. In support of this application, the parties state the following:

WHEREAS, Plaintiff's Complaint was filed on March 30, 2017;

WHEREAS, Supercuts was served on April 5, 2017 and, after having obtained an initial 28-day extension through stipulation, its responsive pleading deadline is May 24, 2017;

WHEREAS, Supercuts and Plaintiff are in the process of finalizing a settlement agreement and Supercuts would like to avoid the cost of having to prepare a responsive pleading. The parties anticipate the settlement agreement can be finalized within the next two weeks.

NOW THEREFORE, IT IS HEREBY STIPULATED by and through the undersigned parties that Supercuts may have an additional two-week extension of time to respond to the Complaint to and including June 7, 2017. The parties hereby jointly submit this application and jointly request that it be granted for good cause as shown above.

DATED: May 23, 2017            SEYFARTH SHAW LLP


                               By: _/s/ Eden Anderson_____
                                    Eden Anderson

                               Attorneys for Defendant
                               SUPERCUTS CORPORATE SHOPS, INC. dba
                               SUPERCUTS #9759

DATED: May 23, 2017            MISSION LAW FIRM, A.P.C.


                               By: _/s/ Zachary M. Best_____
                                    Zachary M. Best

                               Attorneys for Plaintiff
                               RACHEL BRYANT

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 23, 2017

By:    /s/ Eden Anderson
Eden Anderson
Attorneys for Defendant
SUPERCUTS CORPORATE SHOPS, INC. dba
SUPERCUTS #9759

## ORDER

The Parties' Joint Application for Extension of Time is hereby GRANTED. Supercuts shall have until **June 7, 2017** to file its responsive pleading.

IT IS SO ORDERED.

Dated:   **May 24, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE