Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RACHEL BRYANT,

        Plaintiff,

   vs.

SUPERCUTS CORPORATE SHOPS, INC.
dba SUPERCUTS #9759, et al.,

        Defendants.

No. 1:17-cv-00458-LJO-EPG

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT IN EXCESS OF 28 DAYS; ORDER**

Plaintiff Rachel Bryant ("Plaintiff"), by and through her attorney of record, and Defendants Tung Thanh Nguyen and Lien Thi Duong, Trustees of the Tung Thanh Nguyen and Lien Thi Duong 2006 Trust (collectively "Defendants," and together with Plaintiff, "the Parties"), who are currently seeking counsel and are specially appearing on their own behalf for the sole purpose of obtaining this extension, pursuant to Local Rule 144(a), hereby stipulate that Defendants may have to and including July 5, 2017 to file responsive pleadings in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order, but does exceed 28 days.

Date: June 5, 2017                    MISSION LAW FIRM, A.P.C.

                                      */s/ Zachary M. Best*
                                      Zachary M. Best
                                      Attorneys for Plaintiff
                                      Rachel Bryant

Date: June 5, 2017                    */s/ Tung Thanh Nguyen*
                                      Defendant, Tung Thanh Nguyen, Trustee of
                                      the Tung Thanh Nguyen and Lien Thi
                                      Duong 2006 Trust

Date: June 5, 2017                    */s/ Lien Thi Duong*
                                      Defendant, Lien Thi Duong, Trustee of the
                                      Tung Thanh Nguyen and Lien Thi Duong
                                      2006 Trust

## ATTESTATION

I attest that the original signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

                                      */s/ Zachary M. Best*
                                      Zachary M. Best, Attorney for
                                      Plaintiff, Rachel Bryant

## <u>ORDER</u>

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Tung Thanh Nguyen and Lien Thi Duong, Trustees of the Tung Thanh Nguyen and Lien Thi Duong 2006 Trust, shall have to and including July 5, 2017 within which to file their responsive pleadings.

IT IS SO ORDERED.

Dated:   **June 5, 2017**          /s/ *Errin P. Groot*
_____
UNITED STATES MAGISTRATE JUDGE