| | |
|---|---|
| RACHEL BRYANT,<br><br>        Plaintiff<br><br>    v.<br><br>SUPERCUTS CORPORATE SHOPS, INC., *et al.*,<br><br>        Defendants. | **Case No. 1:17-cv-00458-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT SUPERCUT CORPORATE SHOPS, INC.**<br><br>(ECF No. 15) |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

On June 26, 2017, Plaintiff Rachel Bryant filed a notice of voluntary dismissal dismissing her claims against Defendant Supercuts, Inc. (sued as Supercuts Corporate Shops, Inc.) with prejudice. (ECF No. 15.) No defendant has filed an answer or motion for summary judgment. In light of Plaintiff's notice, the claims against Defendant Supercuts Corporate Shops, Inc. have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

\\\
\\\
\\\

1

Accordingly, the Clerk of the Court is DIRECTED to terminate Supercuts Corporate Shops, Inc. as a Defendant in this case.

IT IS SO ORDERED.

Dated: **June 27, 2017**

/s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE