Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>  Plaintiff,<br><br>vs.<br><br>SUPERCUTS CORPORATE SHOPS, INC., dba SUPERCUTS #9759, et al.,<br><br>  Defendants. | No.  1:17-cv-00458-LJO-EPG<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

**WHEREAS,** Plaintiff Rachel Bryant ("Plaintiff"), and Defendants, Tung Thanh Nguyen and Lien Thi Duong, Trustees of the Tung Thanh Nguyen and Lien Thi Duong 2006 Trust ("Defendants," and together with Plaintiff, "the Parties"), previously entered into a stipulation granting Defendants to and including July 5, 2017 to file responsive pleadings in this matter which was granted (Dkt. 14);

**WHEREAS,** Defendant Supercuts Corporate Shops, Inc. was dismissed from this matter on June 28, 2017 (Dkt. 15);

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for July 27, 2017 (Dkt. 4);

**WHEREAS,** Defendants had previously been seeking counsel and have now retained counsel, but could not do so quickly enough to timely file responsive pleadings;

STIPULATION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER

Page 1

1  **WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleadings while they exhaust settlement efforts, and to conserve Court resources;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for July 27, 2017 to a date at the Court's convenience on or after August 28, 2017. The Parties additionally stipulate to a further extension of time for Defendants' responsive pleadings, such that the responsive pleadings be filed on or before August 14, 2017.

Dated: July 20, 2017				MISSION LAW FIRM, A.P.C.


						*/s/ Zachary M. Best*
						Zachary M. Best
						Attorneys for Plaintiff,
						Rachel Bryant


Dated: July 20, 2017				*/s/ Anthony Drew Rowe*
						Anthony Drew Rowe
						Attorney for Defendants,
						Tung Thanh Nguyen and Lien Thi Duong,
						Trustees of the Tung Thanh Nguyen and
						Lien Thi Duong 2006 Trust

STIPULATION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER

Page 2

# ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the time within which Defendants, Tung Thanh Nguyen and Lien Thi Duong, Trustees of the Tung Thanh Nguyen and Lien Thi Duong 2006 Trust, must file their responsive pleadings is extended to and including August 14, 2017. The Mandatory Scheduling Conference currently set for July 27, 2017 is continued to September 28, 2017 at 9:00 AM in Courtroom 10, before Magistrate Judge Erica P. Grosjean. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.  The parties may appear telephonically at said conference and are directed to use the following dial-in information: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:  **July 24, 2017**                                     /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER

Page 3